

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellants

v.

Cledson Macedo de **CARVALHO** and Kristina Carvalho,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against Appellants Marcelo Galvan Jr. and Analicia R. Galvan.

SIGNED January 16, 2019.

_____
Liza A. Rodriguez, Justice